**FILED**
NOV 14 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE JOHNSTON
MAGISTRATE JUDGE JENSEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCUS HATCHETT | No. 23 CR 50047<br><br>Violation: Title 18, United States Code, Sections 1791(a)(2), (b)(3), and (d)(1)(B) |

The SPECIAL OCTOBER 2022 GRAND JURY charges:

1. At all times material to this indictment:

    a. Winnebago County Jail was a jail facility in Rockford, Illinois, in which persons were held in custody pursuant to a contract and agreement with the Attorney General of the United States.

    b. Defendant MARCUS HATCHETT was an inmate in federal custody at the Winnebago County Jail.

2. On or about January 10, 2023, in the Northern District of Illinois, Western Division,

MARCUS HATCHETT,

defendant herein, knowingly did possess a prohibited object, namely, a weapon and object designed and intended to be used as a weapon, which is further described as a metal object approximately 8.5 inches in length, in violation of Title 18, United States Code, Sections 1791(a)(2), (b)(3), and (d)(1)(B).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY